IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC,<br>*Plaintiff*<br><br>v.<br><br>LOVE DEALS INC. and ENDLISS<br>TECHNOLOGY INC.,<br>*Defendants* | § § § § § § § | Case No. 1:23-CV-00079-RP |

**ORDER**

Now before the Court are Yeti's Opposed Motion to Compel Defendants' Responses to Yeti's Interrogatory No. 6 and Request for Production No. 6, filed October 25, 2023 (Dkt. 44); Yeti's Opposed Motion to Compel Defendants' Document Production, Amazon Reviews, and Interrogatory Answers, filed December 21, 2023 (Dkts. 48 and 55 (sealed)); and the associated response and reply briefs. By Text Orders issued November 9 and December 28, 2023, the District Court referred the Motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Rules of the United States District Court for the Western District of Texas.

The Court held a hearing on the Motions on Thursday, January 11, 2024, at which counsel for all parties were present. As stated from the bench during the hearing:

> Yeti's Opposed Motion to Compel Defendants' Responses to Yeti's Interrogatory No. 6 and Request for Production No. 6 (Dkt. 44) is **GRANTED** to the extent that Defendants are **ORDERED** to serve an affidavit **on or before January 19, 2024** explaining that representative samples of Accused Products in colors other than those already produced are not within Defendants' possession, custody, or control. All other relief requested is **DENIED**.

Yeti's Opposed Motion to Compel Defendants' Document Production, Amazon Reviews, and Interrogatory Answers (Dkts. 48 and 55 (sealed)) is:

1. **GRANTED** as to Requests for Production Nos. 13, 55-57, 59, and 60-62;

2. **DISMISSED AS MOOT** as to Requests for Production Nos. 1-5, 7-10, 15, 21-25, 28-29, 33, 35-39, 41-45, 47-48, 53-54, and 65; and

3. **DENIED** as to Requests for Production Nos. 40 and 49-51 and Interrogatory No. 11.

The Court further **ORDERS** Defendants to supplement their responses to Plaintiff's Requests for Production to state whether documents responsive to each request have been produced **on or before February 9, 2024**.

**IT IS FURTHER ORDERED** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on January 11, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE